U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
*See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.*

| | |
|---|---|
| PLAINTIFF<br>GEORGE SHAMOON | COURT CASE NUMBER<br>05-CV-4508(NG)(LB) |
| DEFENDANT<br>JOHN E. POTTER, et al, | TYPE OF PROCESS<br>O, S &C |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
ERICA COHEN, U.S.P.S. - LAW DEPT.

**AT** ADDRESS (*Street or RFD, Apartment No., City, State and ZIP Code*)
380 WEST 33rd ST., ROOM# 4516, NEW YORK, NY 10199

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

PRO SE, GEORGE SHAMOON
69-45 108th ST., APT. #1H
FOREST HILLS, NY 11375

| | |
|---|---|
| Number of process to be served with this Form - 285 | 3 |
| Number of parties to be served in this case | 3 |
| Check for service on U.S.A. | X |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service*):

Fold Fold

COURTESY COPY TO ~~OF~~ ROSLYNN MAUSKOPF, US ATTY EDNY & ALBERTO GONZALEZ, US ATTY GEN.

(1) ADDITIONAL COPY OF O, S & C FOR AGENCY ITSELF.

| Signature of Attorney or other Originator requesting service on behalf of: | | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| S. GALEANO | ☑ PLAINTIFF ☐ DEFENDANT | 718-260-2600 | 10/13/05 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (*Sign only first USM 285 if more than one USM 285 is submitted*) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | | No. 53 | No. 53 | Mrs Neilson | 10/27/05 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (*See remarks below*)

Name and title of individual served (*if not shown above*)
MS ANNE GALLAUDET, MANAGER

☒ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (*complete only if different than shown above*)
90 CHURCH ST
NY NY 10007

FILED IN CLERK'S OFFICE U.S. DISTRICT COURT E.D.N.Y.
★ JAN 12 2006 ★
P.M. TIME A.M.

| Date of Service | Time |
|---|---|
| 12/15/05 | 12:00 pm |

Signature of U.S. Marshal or Deputy
[signature]

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 61.00 | — | — | 61.00 | — | 61.00 | — |

REMARKS: Sent out by mail to Erica Cohen dated 10/27/05 Out for personal service 11/28/05
WENT TO 380 W 33rd ST. LAW DEPT MOVED TO 90 CHURCH ST
certified #7005 0390 0001 8658 8211 to US Att EDNY dated 10/27/05 Responded 10/31/05
SERVED USPO LAW DEPT
10 MILES R/T

**PRIOR EDITIONS MAY BE USED**

**1. CLERK OF THE COURT**

**FORM USM-285 (Rev. 12/15/80)**

**U.S. Department of Justice**
United States Marshals Service

**NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL**
United States District Court
for the
EASTERN District of NEW YORK

TO: Erica Cohen Law Dept
Unites States Postal Service
380 West 33rd Street Room #4516
New York, N.Y. 10199

Civil Action, File Number 05-4508

George Shamoon
v.
John E. Potter Et Al

The enclosed summons and complaint are served pursuant to Rule 4(e)(1) of the Federal Rules of Civil Procedure, and New York State law.

You MUST COMPLETE the acknowledgment part of this form below, AND RETURN COPIES 1 AND 2 to the sender within 30 days. An envelope has been enclosed for this purpose. Keep copy 3 for your records.

YOU MUST SIGN AND DATE THE ACKNOWLEDGMENT ON ALL COPIES. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

If you do not complete and return copies 1 and 2 of this form to the sender within 30 days, you (or the party on whose behalf you are being served) may be required to pay any expenses incurred in serving a summons and complaint in any other manner permitted by law.

If you do complete and return copies 1 and 2 of this form, you (or the party on whose behalf you are being served) must answer the complaint within 20 days for private defendants and/or 60 days for Federal defendants. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

I declare, under penalty of perjury, that this Notice and Acknowledgment of Receipt of Summons and Complaint By Mail was mailed on this date.

**No Response by mail**
**Sent out for personal service on** 11/28/05

October 27, 2005
Date of Signature

Signature *(USMS Official)*

ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT

I declare, under penalty of perjury, that I received a copy of the summons and of the complaint in the above captioned manner at:

Street Number and Street Name or P.O. Box No.

City, State and Zip Code

Signature

Relationship to Entity/Authority to Receive

MAIL
Service of Process

Date of Signature

Copy 1 - Clerk of Court
Copy 2 - United States Marshals Service
Copy 3 - Addressee
Copy 4 - USMS District Suspense

USM Form-299
Rev. 10/03
Automated 10/03

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

**U S. Attorney, EDNY**
**One Pierrepont Plaza, 11th Floor**
**Brooklyn, NY 11201**

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X David Lee
☐ Agent
☑ Addressee

B. Received by (*Printed Name*)

C. Date of Delivery
6/7/05

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (*Extra Fee*) ☐ Yes

2. Article Number
(*Transfer from service label*) 7005 0390 0001 8658 8211

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
***(Domestic Mail Only; No Insurance Coverage Provided)***

For delivery information visit our website at www.usps.com®

OFFICIAL USE

05-4508

7005 0390 0001 8658 8211

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

*Sent To* U S. Attorney, EDNY
One Pierrepont Plaza, 11th Floor
*Street, Apt. No.; or PO Box No.* Brooklyn, NY 11201
*City, State, ZIP+4*

PS Form 3800, June 2002 See Reverse for Instructions